# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-16-00714-CR
NO. 03-16-00715-CR

**Vernon Lynn Dalton, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
NOS. 9344 & 9345, HONORABLE JOHN GAUNTT, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Vernon Lynn Dalton has filed a motion to dismiss by withdrawing his notices of appeal. Appellant's motion to withdraw his notices of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeals are dismissed.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Field and Bourland

Dismissed on Appellant's Motion

Filed: May 2, 2017

Do Not Publish